UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FAYE GIFT, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | Civil Action No. 3:22-CV-2656-X |
| | § | |
| MEXICO FOODS, LLC, et al., | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

**MEMORANDUM OPINION AND ORDER**

In a previous order, the Court granted the parties' motion to continue deadlines in this case. (Doc. 121). In the parties' joint motion to continue, the parties allege that the actions of Plaintiff's former attorney—Steve Kardell—have resulted in a slowdown of this case. Specifically, the parties assert that Kardell refuses to turn over some, most, or all of his previous client's case files to her new counsel. This case was filed three years ago. The Court is eager to assist the parties along in moving their case forward. To this end, Steve Kardell is **ORDERED** to turn over the entirety of Plaintiff's case file. If Kardell does not turn over Plaintiff's files in 14 days, Plaintiff should expeditiously file a show cause motion to this Court. In the show cause motion, Plaintiff should allege facts related to Kardell's failure to turn over Plaintiff's files and whether case law supports sanctions for Kardell's alleged conduct.

1

**IT IS SO ORDERED** this 15th day of August, 2024.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE