UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FAYE GIFT, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> HERITAGE GROCERY GROUP, § <br> MEXICO FOODS, LLC; AND § <br> MARK COLBO § <br> § <br> § <br> *Defendants*. § | Civil Action No. 3:22-cv-02656-X |

## JOINT NOTICE OF RESOLUTION

Plaintiff Faye Gift ("Plaintiff") and Defendants Mexico Foods, LLC and Mark Colbo[1] (collectively "Defendants") submit this Joint Notice and state:

1. The parties have reached an agreement to resolve this dispute.

2. The parties request that the Court stay all pending deadlines.

3. The parties request that all motions currently pending are denied without prejudice.

4. The parties anticipate filing papers to dismiss the lawsuit with prejudice within the next sixty (60) days.

---

[1] Defendant Heritage Grocery Group has not appeared in this lawsuit.

Respectfully submitted,

*/s/ Victor N. Corpuz*
Victor N. Corpuz
Texas State Bar No. 04838450
Victor.Corpuz@jacksonlewis.com
Tonika Brown, Esq.
Texas Bar No. 24113626
Tonika.Brown@jacksonlewis.com
JACKSON LEWIS P.C.
500 N. Akard, Suite 2500
Dallas, Texas 75201
Telephone: (214) 520-2400
Fax: (214) 520-2008

**ATTORNEYS FOR DEFENDANTS**

*/s/ George E. Hyde*
George E. Hyde
Texas Bar No. 45006157
ghyde@txlocalgovlaw.com
Hyde Kelley LLP
2806 Flintrock Trace
Ste. A104
Austin, Texas 78738
Telephone: 512-686-0700
Facsimile: 866-929-1641

Matthew L. Weston
Texas Bar No. 24037698
mweston@txlocalgovlaw.com
Hyde Kelley LLP
2806 Flintrock Trace
Ste. A104
Austin, Texas 78738
Telephone: 512-686-0700
Facsimile: 866-929-1641

Rolando B. Pablos
Texas Bar No. 24027583
rbp@x-national.com
R.B Pablos PC Attorneys
9601 McAllister Fwy Ste 401
San Antonio, TX 78216-4634
Telephone: 210-240-3641

**ATTORNEYS FOR PLAINTIFF**

2