UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| FAYE GIFT,<br><br>　　　　*Plaintiff,*<br><br>v.<br><br>HERITAGE GROCERY GROUP,<br>MEXICO FOODS, LLC; AND<br>MARK COLBO,<br><br>　　　　*Defendants.* | §§§§§§§§§§§§§§ Civil Action No. 3:22-cv-02656-X |

## ORDER

Before the Court is the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff Faye Gift ("Plaintiff") and Defendants Mexico Foods, LLC and Mark Colbo[1], (collectively, the "Parties"). In the Stipulation, the Parties stipulate and agree to dismiss the above-captioned case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Having carefully considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that the above-captioned case is **DISMISSED WITH PREJUDICE.** Each party is to bear its own fees and costs. The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**IT IS SO ORDERED** this 21st day of August, 2025.

---

[1] Defendant Heritage Grocery Group has not appeared in this lawsuit.

1

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE